FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 3:35:17 PM
CHRISTOPHER A. PRINE
Clerk

APPENDIX B



A.D. KENNARD
SURVEY: A-290

D. GEORGE
24.93 AC.

D. GEORGE
24.93 AC.

8.40 AC. out of JAMES KENNARD
33.33 AC.

JAMES KENNARD
33.33 AC.
212/614

JAMES KENNARD
321/227

.25 AC
TO
LOUDO; HUUTSMAN
& BASSETT
BY

16.598 AC.
TO
JAMES KENNARD
BY
LOUDO, HUUTSMAN
BASSETT & DICKSON
321/229

CEILIA KENNARD
33.33 AC.
212/614

16.598 AC.
TO
LOUDO, HUUTSMAN
BASSETT & DICKSON
BY
JAMES KENNARD
321/233

CORRIE KENNARD
33.33 AC.
212/644

D. GEORGE
24.93 AC.

NORTH
Scale: 1" = 300'

This plot is of certain
Deeds associated with
the Division of the
Kennard 100 Acres tract
in the A. D. Kennard
Survey, A-290, Grimes
County, Texas, and is
not intended to be
used as a certified
survey. Bearings and
distances are approx-
imate and from Deed
Descriptions.

Claiborne
GARRETT
A-17

Plotted By:
Martin L. Riley Jr.
R.P.L.S
7182 Ril
Bryan, Texas
979-58

PLAINTIFF'S
EXHIBIT
#9